1116

No. 85–1510. CHRISTY NEWSREEL SERVICES, INC. *v.* CITY OF ANN ARBOR. C. A. 6th Cir. Certiorari denied.

No. 85–1533. DAVIS ET AL. *v.* CITY OF DALLAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–1543. FLINN *v.* GORDON. C. A. 11th Cir. Certiorari denied.

No. 85–1548. DILLON *v.* LUTTERMAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–1549. G. J. DEASY INVESTMENT, INC., DBA TEXAS VEHICLE MANAGEMENT *v.* MATTOX, ATTORNEY GENERAL OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–1553. CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC. *v.* CITY OF CLEARWATER ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–1554. SANTARELLI ET AL. *v.* ELLISON. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 85–1556. STEINGRABER *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 85–1558. EMPIREGAS, INC. OF ARDMORE *v.* HARDY ET AL. Sup. Ct. Ala. Certiorari denied.

No. 85–1570. DRURY, ADMINISTRATOR OF THE ESTATE OF ABDALLAH *v.* ABDALLAH ET AL. C. A. 1st Cir. Certiorari denied.

No. 85–1572. LEE *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 85–1573. BRADFIELD *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 85–1574. BURLINGTON NORTHERN RAILROAD CO. *v.* ANDERSON. Ct. App. Mo., Eastern Dist. Certiorari denied.